

# ABRAMS GARFINKEL MARGOLIS BERGSON, LLP

1430 Broadway • 8th Floor • New York, NY 10018 • P: 212-201-1170 • F: 212-201-1171 • www.agmblaw.com

June 16, 2025

**VIA ECF**

Hon. John G. Koeltl, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re:    Namel Norris v.
                  Vicsam Rest. Inc., et al.
                  <u>Case Number: 25-cv-00389 (JGK)</u>

Dear Judge Koeltl:

      We are counsel for defendant 114 Christopher Apt. Corp. in the above-referenced action. Counsel for the plaintiff has consented to an extension of time for defendant to respond to the plaintiff's complaint to and including July 18, 2025 to allow for continued settlement negotiations. This is the first application for the relief requested herein. We respectfully request that the Court grant and "So Order" this relief.

                                              Respectfully submitted,

                                              *Barry G. Margolis*

                                              Barry G. Margolis

cc:    All *Counsel via ECF*